STATE of Maine

v.

James E. GROVER.

Supreme Judicial Court of Maine.

Argued Jan. 19, 1989.
Decided March 6, 1989.

Janet T. Mills, Dist. Atty., Patricia Mador (orally), Asst. Dist. Atty., Farmington, for State.

Daniel Warren (orally), Bean, Jones & Warren, Scarborough, for defendant.

Before McKUSICK, C.J., and ROBERTS, GLASSMAN, CLIFFORD, HORNBY and COLLINS, JJ.

MEMORANDUM OF DECISION.

On September 4, 1985, James E. Grover was convicted of selling cocaine in a jury trial held in Superior Court (Franklin Coun-

ty; *McKinley, J.*). In this, his second appeal before the Law Court he alleges that the Superior Court (Franklin County; *McKinley, J.*) committed reversible error in denying his motion for a new trial.

The facts leading to Grover's conviction for selling cocaine are laid out in *State v. Grover (Grover I)*, 518 A.2d 1039 (Me. 1986). After his conviction, Grover brought a motion for a new trial based on the discovery that the sole witness for the prosecution, a police officer, admitted to falsifying police reports to protect informants. After hearing on the motion, the Superior Court determined that because the falsification was on a different case the defense had not proved that if admitted the evidence would have resulted in a different verdict.

The decision not to grant the motion for a new trial was not clear error and will not be disturbed. *State v. Hardy*, 501 A.2d 815, 816 (Me.1985).

The entry is:

Judgment affirmed.

All concurring.

Before McKUSICK, C.J., and ROBERTS, WATHEN, GLASSMAN, CLIFFORD and HORNBY, JJ.